LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

JOHN M. GURRIERI
JMGURRIERI@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2021

April 6, 2021

**VIA ECF**

Hon. Mary Kay Vyskocil, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

Re: *Burris et al v. Columbia University Health Care, Inc. et al.*, 20 CV 9312 (MKV)

Dear Judge Vyskocil:

    This firm represents the plaintiff in the above-referenced action. The plaintiff moves, with the defendant Trustaff Travel Nurses, LLC's consent, to adjourn tomorrow's fairness hearing. The other two defendants, Columbia University Health Care, Inc. and The New York and Presbyterian Hospital have not appeared in this action. The plaintiff's attorneys are going to be attending a previously scheduled deposition and out of town on a personal matter, respectively, and therefore cannot attend tomorrow's conference.

    Plaintiff and Trustaff Travel Nurses, LLC, are available next Monday and Tuesday of next week.

    I apologize to the Court for the lateness of this request, and thank the Court for its time and consideration. This request for an adjournment of tomorrow's conference is the first.

Respectfully submitted,

*John M. Gurrieri*

John M. Gurrieri

---

GRANTED. The conference is adjourned to April 21, 2021 at 11:00AM using the same dial-in information. Counsel is admonished to review the Court's Individual Practices, which require requests for adjournment to be filed at least 72 hours in advance of the deadline. This request, which was filed less than 24 hours before the conference, is not appropriate. SO ORDERED.

Date: 4/6/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge