UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL K. BURRIS,

      Plaintiff,

 -against-

COLUMBIA UNIVERSITY HEALTH CARE, INC., et al.,

      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2021

1:20-cv-09312-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

 On April 21, 2021, the Court held a hearing in this case concerning the Parties' settlement of Plaintiff's claims. Previously, Plaintiff sought to dismiss this case without Court review of the settlement. *See* Notice of Voluntary Dismissal, ECF No. 10. However, because the Parties' settlement purported to waive Plaintiff's claims, the Court determined that review of the settlement was appropriate pursuant to *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). Plaintiff thereafter submitted a letter and documentation in support of the settlement. *See* Motion to Approve Settlement, ECF No. 18.

 As discussed at the April 21, 2021 conference, the Court has reviewed these documents for fairness in accordance with the FLSA and Second Circuit law, *see, e.g.*, *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015), and has concluded that the terms are fair and reasonable. It should be noted, however, that the Court is not in this endorsement opining specifically on the reasonableness of the rates charged by the attorney representing Plaintiff.

Accordingly, the settlement is approved, and the Court ORDERS that the case be dismissed with prejudice. The Clerk of Court is directed to terminate all pending motions, adjourn any remaining dates, and close this case.

**SO ORDERED.**

Date:  **April 21, 2021**
       **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**